**Milo D. BURROUGHS, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent,**

and

**Department of Transportation, Intervenor.**

No. 2010–3180.

United States Court of Appeals, Federal Circuit.

Dec. 14, 2010.

Vincent D. Phillips, Department of Justice, Washington, DC, for Intervenor.

Jeffrey A. Gauger, Merit Systems Protection Board, Washington, DC, for Respondent.

Milo D. Burroughs, Yelm, WA, pro se.

## ON MOTION

### ORDER

Upon consideration of the motions to reform the official caption to designate the Merit Systems Protection Board as the respondent and to permit the Department of Transportation to intervene,

IT IS ORDERED THAT:

(1) The motions are granted. The revised official caption is reflected above.

(2) The respondent's and intervenor's briefs are due within 40 days of the date of filing of this order.